# EXHIBIT C

MLQ Attorney Services  
2000 Riveredge Parkway, Suite 885  
Atlanta, GA 30328  
770-984-7007

Invoice No: 413622

Date: 07/11/2014

Our Tax ID#: **58-2428431**

Jerilyn Gardner  
Fried & Bonder  
1170 Howell Mill Rd NW #305

Atlanta, GA 30318

## INVOICE FOR SERVICE

Firm ID:13538  
Firm Name:Fried & Bonder  
Client Matter No: 9100.289  
Gary Mills  
Date Completed: 07/09/2014  
PHIL YOUNGCLAUS v. AARENE CONTRACTING, LLC AND GARY L. MILLS

| | | |
|---|---|---|
| Service of Process, 1st Attempt Zone D | 07/09/14 @ 8:19 pm - 5055 Walnut Creek Trl, Alpharetta, GA 30005 | $94.00 |
| Service Fee | Served Gary Mills | $0.00 |
| **TOTAL CHARGES:** | | **$94.00** |
| **BALANCE:** | | **$94.00** |

Terms: Due upon receipt of invoice Balances over 30 days subject to finance charge of 1.5% per month or 18% per annum PLEASE PAY FROM THIS INVOICE.

www.mlqattorneyservices.com

1