# EXHIBIT D

# WHEELER REPORTING CO., INC.

**1600 Northside Drive, N W, Suite 250**
**Atlanta, GA 30318**
**Phone: 404-351-4577 Fax: 404-351-3464**
**Federal EIN: 58-2319094**

# Invoice

| Date | Invoice # |
|---|---|
| 11/28/2014 | 1411-248 |

| Bill To |
|---|
| Fried & Bonder<br>White Provision Building<br>1170 Howell Mill Road<br>Suite 305<br>Atlanta, Georgia 30318 |

| Attorney / Bar No. | Terms | Due Date | Amount Due If Paid Under 30 |
|---|---|---|---|
| Jerilyn E. Gardner | 10% Paid Under 30 | 12/28/2014 | 962.70 |

| Description | Rate | Amount |
|---|---|---|
| Phil Youngclaus vs. Aarene Construction, LLC, et al.<br>Civil Action File No. 1:14-CV-01723-RWS<br>WRC# 30564<br><br>11/06/2014 - Deposition of Phil Youngclaus<br>(Certified Transcript Copy) | 1,069.67 | 1,069.67 |

**Customer Requests:** Credit cards accepted. A credit card processing fee of 2 1/2% of the invoice total will be passed along.

*Please include a copy of the invoice or provide invoice number with payment. Unpaid invoices beyond 75 days from original invoice date will accrue interest at 1 1/2% per month. If turned over for collection, you agree to pay all collection costs and attorney fees.*

**Total** $1,069.67