# EXHIBIT E

**RUSCHELL REPORTING, LLC**
Certified Court Reporters
803 Rocky Ridge Court
Canton, Georgia 30114
(678) 522-1088

# Invoice

**Invoice Number:** 10364
Issue Date: 11/12/2014
Due Date: 12/12/2014

**Andrew Head**
Fried & Bonder
1170 Howell Mill Road, NW
Suite 305
Atlanta, Georgia, 30318

| Qty | Item | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | | Original and one copy of the deposition of Gary L. Mills taken on November 7, 2014 (full size, condensed, E-tran, exhibits) | $941.00 | $941.00 |
| | | | Subtotal | $941.00 |
| | | | **Total Amt** | **$941.00** |
| | | | **Balance Due** | **$941.00** |

**Youngclaus vs. Aarene**

**EIN #46-2517528**

**Thank you for your business.**